FILED
CLERK, U.S. DISTRICT COURT

12/04/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____jm_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATER OF THE EXTRADITION OF<br><br>EDWIN PASCUAL SANABRIA DE LA TORRE,<br>  aka "Niño Viejo"<br><br>A Fugitive from the Government of the Republic of Peru. | Case No. 2:25-MJ-07334<br><br>ORDER OF DETENTION |

    On December 4, 2025, Mr. Sanabria de la Torre made his initial appearance on a complaint seeking his extradition to Peru. Deputy Federal Public Defender Claire Kennedy was appointed to represent Mr. Sanabria de la Torre. The government was represented by Assistant U.S. Attorney Mark Kanow. Mr. Sanabria de la Torre submitted on the recommendation of detention in the report prepared by Pretrial Services.

    "[T]here is a presumption against bail in an extradition case and only 'special circumstances' will justify bail." *Matter of Requested Extradition of Kirby*, 106 F.3d 855, 858 (9th Cir. 1996) (quoting *Wright v. Henkel*, 190 U.S. 40, 63, (1903)). Here, Mr. Sanabria de la Torre has not overcome the presumption against

bail or identified any "special circumstances" warranting release. IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: December 4, 2025

/s/
MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE